IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCES BOLTON,<br>Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| CAROLYN W. COLVIN,<br>Commissioner of the<br>Social Security Administration,<br>Defendant. | : | No. 11-1606 |



## ORDER

BERLE M. SCHILLER, J.

AND NOW, this 31 day of JAN 2014, upon consideration of Plaintiff's request for review, and Defendant's response, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Plaintiff's request for review is DENIED; and

3. Judgment is entered in favor of the Defendant.

BY THE COURT:

_____
BERLE M. SCHILLER
UNITED STATES DISTRICT COURT